IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

HENRY JOSEPH GAINES, )
)
        Petitioner, )
)
vs )  CIVIL ACTION NO. 98-H-0313-NE
)
WARDEN McDONALD, et al, )
)
        Respondents. )

## MEMORANDUM OF OPINION

     The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petitioner's motion for summary is due to be denied, and this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

     DONE, this  8th  day of June, 2000.

                                       JAMES H. HANCOCK,
                                       SENIOR JUDGE